IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEE FARMER, #340910 | * |
|     Plaintiff, | |
| v. | *   CIVIL ACTION NO. CCB-07-271 |
| CORRECTIONAL MEDICAL | * |
|  SERVICES, INC. | |
|     Defendant. | * |
| | *** |

**<u>MEMORANDUM</u>**

Dee D. Farmer ("Farmer")[1] was admitted into Maryland Department of Public Safety and Correctional Services ("MDPSCS") custody in January of 2007. On January 30, 2007, the court received for filing a letter from Farmer, dated January 24, 2007, complaining that she was not receiving acquired immune deficiency syndrome ("AIDS") medication while confined at the Metropolitan Transitional Center ("MTC"). Paper No. 1. The letter was construed as a 42 U.S.C. § 1983 medical complaint for injunctive relief and counsel for Correctional Medical Services, Inc. ("CMS")[2] was directed to file a show cause response to the complaint to provide verified information regarding Farmer's custodial medical care.

On February 20, 2007, counsel's response was received for filing. On April 19, 2007, the court found that injunctive relief was not warranted and granted Farmer

---

   [1] Farmer is a transgendered person, born Douglas Farmer, who now considers herself to be female and uses the name Dee Deidre, as well as the feminine pronoun, when referring to herself. This opinion shall do the same.

   [2] CMS is the private health care contractor handling the medical and records contract modules for all MDPSCS facilities.

fourteen days to show cause why her complaint should not be dismissed. On May 7, 2007, she filed a response. The case may be determined without oral hearing. *See Local Rule* 105.6. (D. Md. Aug. 2004). For reasons to follow, the complaint shall be dismissed.

According to the record, on January 18, 2007, Farmer was admitted to the MDPSCS and transferred to MTC the following day. *See* Paper No. 3 at Ex. A, Akal Aff.; Ex. B. Prior to Farmer's current confinement, she was participating in a study at the Moore Clinic where she was receiving AIDS antiviral medications TMC114, TMC125, Fuzeon, and Ritonavir ("RTV or Norvir). *Id.* The medications were discontinued by physicians at the Johns Hopkins Moore Clinic[3] when Farmer became incarcerated at MTC. Instead, the HIV specialists at the Moore Clinic recommended that Farmer receive the following antiviral medications: Trizivir, Reyataz, and Norvir. *Id.* Farmer received those medications daily while at MTC. *Id.* On February 10, 2007, she was transferred to the Brockbridge Correctional Facility. *Id.* Dr. Bolaji Onabajo has prescribed the same medications for Farmer's AIDS treatment that were ordered at MTC and she receives those medications daily. *Id.*

---

[3] The Johns Hopkins's Hospital AIDS Care Program was initiated in January of 1984, with the opening of the Moore Clinic for patients with anti-human immunodeficiency virus ("HIV") infection. *See* www.hopkins-aids.edu/manage/case_study_6.html. The Moore Clinic provides multiple outpatient services.

In her response, Farmer states that she has been moved to the Maryland Correctional Training Center[4] and is housed on segregation while awaiting a transfer. Paper No. 6. She states that the "medication that the JHU doctor prescribed I receive some of it some of the time and none of it the rest of the time. It is difficult to tell." Paper No. 6 at 2.

According to the exhibits, Farmer is receiving several antiviral medications on a daily basis per the recommendation of Moore Clinic specialists. She has failed to demonstrate that her circumstances warrant injunctive relief.[5] The case shall be dismissed without prejudice. Counsel for CMS shall provide status reports, every three months, regarding Farmer's medication regimen during the remainder of her MDSCS confinement, the first report to be filed by June 25, 2007.[6] A separate Order follows.

Date:   May 25, 2007                                /s/
                                            Catherine C. Blake
                                            United States District Judge

---

[4]   The Clerk shall modify the docket to reflect this new address.

[5]   Farmer has failed to demonstrate that she will be irreparably harmed if injunctive relief is denied. *See Blackwelder Furniture Co. v. Seilig Manufacturing Co.*, 550 F.2d 189, 195-96 (4th Cir. 1977); *see also Direx Israel, Ltd. v. Breakthrough Medical Corporation*, 952 F.2d 802, 812 (4th Cir. 1992.); *Dan River, Inc. v. Icahn*, 701 F.2d 278, 284 (4th Cir. 1983).

[6]   Farmer received a cumulative eighteen-month sentence on January 16, 2007, after pleading guilty to fraudulent use of vital records and obstruction of justice. *See State v. Farmer*, Criminal No. 206270010 (Circuit Court for Baltimore City).